# United States Bankruptcy Court
## Southern District of Texas

In re: Alan Mangham, Iris Rivera-Mangham, Debtor(s)

Case No. 24-80122
Chapter 13

## ORDER FOR EFT PAYMENTS (ONLINE BANKING) AND DEBTOR(S)' CERTIFICATION

The Debtor(s) have enrolled in the Chapter 13 Trustee's electronic funds transfer program (the "EFT Program"). The Debtor(s) have submitted a certification of eligibility to enroll in the EFT (online banking) Program. The Debtor(s) understand that chapter 13 plan payments must be made by EFT (online banking) to the Chapter 13 Trustee.

The trustee's bank account information and instructions for initiating the transfer are available from the trustee. The Debtor(s) are responsible for initiating the payment each month and the Debtor(s)' bankruptcy case number must accompany each payment. If the Chapter 13 Trustee or a party in interest files a motion to dismiss this case for non-payment, the Debtor(s) must provide documents from the Debtor(s)' bank demonstrating that any disputed payment was sent.

The Debtor(s) are ordered to pay $419.47 each month to the Chapter 13 Trustee by EFT (online banking). This amount must be increased or decreased by the Debtor(s) without further order to reflect the amounts due under any (i) amended proposed plan; (ii) proposed modification of a plan; or (iii) Notice of Plan Payment Adjustment, except to the extent stayed by Court order.

The Debtor(s) may not terminate the EFT (online banking) except as further ordered by the Court.

Signed the ___ day of _____, 20__.

_____
U.S. Bankruptcy Judge

## DEBTOR'S CERTIFICATION OF ELIGIBILITY

The Debtor(s) certify that the Debtor(s) are self employed or do not receive wage or salary income in an amount equal to or greater than the Debtor(s)' monthly plan payment.

Date: June 3, 2024   Signature: Alan Mangham, Debtor

Date: June 3, 2024   Signature: Iris Rivera-Mangham, Joint Debtor